IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARY SEGALL,

                Plaintiff,

v.                                                    ORDER

DARICK KRAUSE, and                        17-cv-211-jdp
TOWN OF MADISON,

                Defendants.

---

Plaintiff Cary Segall is a resident of the Town of Madison. Segall alleges that Officer Darick Krause searched and arrested Segall without probable cause, and that Krause did so because of the policies of the Town of Madison. Dkt. 1. Segall also alleges various common law tort claims. Defendants moved for summary judgment, Dkt. 22, and Segall moved for an extension of time to file a response. Dkt. 31. Because of extenuating, personal circumstances cited by Segall's counsel, Dkt. 33, the court granted a brief extension to July 9, 2018. Dkt. 34. Segall has still not filed a response and the court questions whether Segall wishes to continue this lawsuit.

Before the court dismisses the case with prejudice for Segall's failure to prosecute it, the court will give him a short time to explain whether he still wishes to prosecute this lawsuit. If he does, he will have until August 8, 2018, to (1) give good reasons why he was not able to submit a timely response to defendants' summary judgment motion; and (2) submit his opposition to defendants' motion.

ORDER

IT IS ORDERED that plaintiff Cary Segall may have until August 8, 2018, to respond to this order.

Entered July 25, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge